IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAIVON HEYWARD | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 20-6098 |
| GARVIN, *et al.* | : | |

# ORDER

**AND NOW**, this 11th day of May 2021, upon careful consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 1), the Response (ECF Doc. No. 8), no timely reply, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

2. We **DENY** a certificate of appealability;[1] and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).